UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
                                                :
EM LTD. and NML CAPITAL, LTD.,                  :
                                                :
                          Plaintiffs,           :    06 Civ. 7792 (TPG)
                                                :
         – against –                            :    **ORDER**
                                                :
BANCO CENTRAL DE LA REPUBLICA                   :
ARGENTINA and REPUBLIC OF                       :
ARGENTINA,                                      :
                                                :
                          Defendants.           :
------------------------------------------------x

The court is directed to reopen this case.


SO ORDERED.


Dated:  New York, New York
        December 15, 2011

                                               *Thomas P. Griesa* (signature)
                                               Thomas P. Griesa
                                               U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/11