**MEMO ENDORSED**

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

125 Broad Street
New York, NY 10004-2498

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



RECEIVED NOV 07 2012 CHAMBERS OF JUDGE GRIESA

November 7, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/12

By Hand

The Honorable Thomas P. Griesa,
   United States District Court for the Southern District of New York,
      Daniel Patrick Moynihan United States Courthouse,
         500 Pearl Street,
            New York, New York 10007-1312.

Re:   *EM Ltd. and NML Capital, Ltd. v. The Republic of Argentina and Banco Central de la República Argentina*, 06 Civ. 7792 (TPG)

Dear Judge Griesa:

I write on behalf of Banco Central de la República Argentina ("BCRA"), defendant in the above-captioned action, to respectfully request an extension of BCRA's and the Republic of Argentina's (the "Republic's") time to answer or otherwise respond to plaintiffs' Third Amended Complaint, which was filed on August 31, 2012.

Pursuant to a schedule Your Honor entered on August 28, 2012, the Republic's and BCRA's respective motions to dismiss would have been due no later than **November 9, 2012**; any opposition would have been due no later than **January 7, 2013**; and any reply thereto would have been due no later than **February 8, 2013**. In light of the impact of Hurricane Sandy on the eastern seaboard, and the loss of electricity in the New York metro-area in particular, BCRA respectfully requests that the current briefing schedule be extended as follows:

- The Republic's and BCRA's respective motions to dismiss shall be due no later than **November 27, 2012**;

- Any opposition shall be due no later than **January 23, 2013**; and

- Any reply thereto shall be due no later than **February 25, 2013**.

*Approved.*
*Thomas P. Griesa*
*USDJ  11/13/12*

The Honorable Thomas P. Griesa                                                      -2-

       All parties have consented to BCRA's proposed extended schedule. This is BCRA's first request for an extension of the schedule entered on August 28.

                                          Respectfully submitted,

                                          *Michael J. Ushkow* /SSH

                                          Michael J. Ushkow

cc (by e-mail):

       Carmine D. Boccuzzi, Esq.
       (Cleary Gottlieb Steen & Hamilton LLP)

       Robert A. Cohen, Esq.
       Dennis H. Hranitzky, Esq.
       (Dechert LLP)

       David W. Rivkin, Esq.
       Suzanne M. Grosso, Esq.
       (Debevoise & Plimpton LLP)