Joseph E. Neuhaus
Michael J. Ushkow
Taly Dvorkis
Zeh S. Ekono
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Tel.:  (212) 558-4000

*Counsel for Banco Central de la
  República Argentina*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EM LTD. and NML CAPITAL, LTD.,                   :
                                                 :
                              Plaintiffs,     :   No. 06 Civ. 7792 (TPG)
                                                 :
                 - against -              :   ECF Case
                                                 :
BANCO CENTRAL DE LA REPÚBLICA                    :
ARGENTINA and THE REPUBLIC OF ARGENTINA, :
                                                 :
                                                 :
                              Defendants.     :
------------------------------------------------------------------ x

## BANCO CENTRAL DE LA REPÚBLICA ARGENTINA'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the Declaration of Michael J. Ushkow executed on November 27, 2012, the Declaration of Louis d'Avout executed on November 27, 2012, the Declaration of Ben Valentin executed on November 27, 2012, the Declaration of Gerhard Wagner executed on November 27, 2012, and the accompanying Memorandum of Law, defendant Banco Central de la República Argentina ("BCRA") through its undersigned counsel, will move this Court for an Order pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(6) of the Federal Rules of Civil Procedure

dismissing with prejudice plaintiffs EM Ltd.'s and NML Capital Ltd.'s Third Amended Complaint, filed August 31, 2012 (Dkt No. 157), and awarding costs and fees, and for such other relief as this Court deems just and proper.

Dated: New York, New York
November 27, 2012

                Respectfully submitted,

                  /s/ Joseph E. Neuhaus
                Joseph E. Neuhaus
                Michael J. Ushkow
                Taly Dvorkis
                Zeh S. Ekono
                SULLIVAN & CROMWELL LLP
                125 Broad Street
                New York, New York  10004-2498
                Tel.:    (212) 558-4000

                *Counsel for Banco Central de la*
                  *República Argentina*

By ECF to: All Counsel of Record