UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
EM LTD. and NML CAPITAL, LTD.,                  :
                                                :
                             Plaintiffs,        :   No. 06 Civ. 7792 (TPG)
                                                :
            - against -                         :   ECF Case
                                                :
BANCO CENTRAL DE LA REPÚBLICA                   :
ARGENTINA and THE REPUBLIC OF ARGENTINA,        :
                                                :
                                                :
                             Defendants.        :
------------------------------------------------------------------ x

## DECLARATION OF MICHAEL J. USHKOW

Michael J. Ushkow declares as follows:

1. I am associated with Sullivan & Cromwell LLP, counsel for Banco Central de la República Argentina ("BCRA") in connection with the above-captioned action.

2. I make this Declaration to put before the Court certain documents referred to in the Memorandum of Law in Support of BCRA's Motion to Dismiss, filed November 27, 2012.

3. Attached hereto as Exhibit A is a true and correct copy of the Third Amended Complaint filed by EM Ltd. and NML Capital, Ltd. (together, "EM/NML") on August 31, 2012 (Dkt. No. 157).

4. Attached hereto as Exhibit B is a true and correct copy and certified translation of *NML Capital Ltd.* v. *Federal Department of Foreign Affairs*, Swiss Federal Council (Oct. 17, 2012).

5. Attached hereto as Exhibit C is a true and correct copy of the Statutes of the Bank for International Settlements, Art. 55(3) (2005).[1]

6. Attached hereto as Exhibit D is a true and correct copy of the Bank for International Settlements Headquarters Agreement, Art. 4.4 (2003).[2]

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 27, 2012
New York, New York

/s/ Michael J. Ushkow
Michael J. Ushkow

---

[1]   *Available at* http://www.bis.org/about/statutes-en.pdf.

[2]   *Available at* http://www.bis.org/about/headquart-en.pdf.