UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
EM LTD. and NML CAPITAL, LTD., :
: 06 Civ. 7792 (TPG)
Plaintiffs, :
:
- against - :
:
BANCO CENTRAL DE LA REPÚBLICA ARGENTINA :
and THE REPUBLIC OF ARGENTINA, :
:
Defendants. :
:
------------------------------------------------------------------- X

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT
PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

PLEASE TAKE NOTICE that upon the Declaration of Carmine D. Boccuzzi, dated November 27, 2012, the attached exhibits, and the accompanying memorandum of law, defendant the Republic of Argentina will move this Court, at a date and time to be determined by this Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) for an order dismissing plaintiffs' claims with prejudice, and for such other relief as this Court deems just and proper.

NOTICE IS FURTHER GIVEN that pursuant to the schedule approved by the Court, Dkt. # 167, any opposition to the motion shall be served on or before January 23, 2013, on counsel for the Republic, Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006, Attention: Carmine D. Boccuzzi, Esq., and any reply papers shall be served on or before February 25, 2013, on counsel for plaintiff EM Ltd., Debevoise & Plimpton LLP, 919 Third Avenue, New York, New York, 10022, Attention: David W. Rivkin, Esq., and on counsel

for plaintiff NML Capital, Ltd., Dechert LLP, 1095 Avenue of the Americas, New York, New York, 10036, Attention: Robert A. Cohen, Esq.

Dated: New York, New York
November 27, 2012

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

        By:_____/s/ Carmine D. Boccuzzi_____
            Jonathan I. Blackman (jblackman@cgsh.com)
            Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
            Christopher P. Moore (cmoore@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina

TO:    David W. Rivkin, Esq.
       Debevoise & Plimpton LLP
       919 Third Avenue
       New York, New York 10022

       Attorneys for Plaintiff EM Ltd.

       Robert A. Cohen, Esq.
       Dechert LLP
       1095 Avenue of the Americas
       New York, New York 10036

       Attorneys for Plaintiff NML Capital, Ltd.

       Joseph E. Neuhaus, Esq.
       Sullivan & Cromwell LLP
       125 Broad Street
       New York, NY 10004

       Attorneys for Defendant Banco Central de la República Argentina