UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
EM LTD. and NML CAPITAL, LTD.,

                Plaintiffs,

        - against -

BANCO CENTRAL DE LA REPÚBLICA ARGENTINA
and THE REPUBLIC OF ARGENTINA,

                Defendants.
------------------------------------------------------------------ X

06 Civ. 7792 (TPG)

**DECLARATION OF CARMINE D. BOCCUZZI IN SUPPORT OF THE REPUBLIC OF ARGENTINA'S MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) AND 12(b)(6)**

Pursuant to 28 U.S.C. § 1746, Carmine D. Boccuzzi declares as follows:

1.    I am an attorney admitted to practice before this Court and a partner at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in these matters. I submit this declaration on behalf of the Republic in support of the Republic's motion to dismiss.

2.    Attached to this declaration as Exhibits A-Q are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| A | Law No. 24,144, last amended Mar. 8, 2012; |
| B | David Jackson, *Conservatives: Bernanke Trying to Help Obama*, USA Today, Sept. 16, 2012; |
| C | Brief for the United States of America as *Amicus Curiae* in Support of Reversal, *NML Capital, Ltd. v. Republic of Argentina*, No. 10-1487-cv(L) (2d Cir. Nov. 3, 2010); |
| D | Michael Grunwald, *Person of the Year 2009: Ben Bernanke*, Time, Dec. 16, 2009; |

| Ex. | Document |
|---|---|
| E | Order, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG) (S.D.N.Y. Aug. 19, 2009); |
| F | P.R. Venkat, *FOCUS: January Singapore Budget To Focus On Tax, Projects*, Dow Jones Int'l, Nov. 17, 2008; |
| G | *DJ Singapore Govt To Change Rule to Use More From Reserves-Report*, Dow Jones Chinese Fin. Wire, Oct. 21, 2008; |
| H | *Government to use foreign reserves to increase export financing*, Bus. News Ams., Oct. 6, 2008; |
| I | *Brazil's foreign reserves rise to $70 Billion*, Reuters, Aug. 18, 2006; |
| J | *UPDATE: Emerging Mkt Debt Falls as Bonds Seek Direction*, Dow Jones Int'l News, June 22, 2006; |
| K | *Colombia Finance Minister Outlines 2006 Financial Plans*, Dow Jones Int'l, Oct. 26, 2005; |
| L | *Colombian foreign reserves fall during week*, Reuters, Oct. 3, 2005; |
| M | *Mexican government buys $2US.88 billion of Central Bank international reserves*, El Universal, July 15, 2005; |
| N | Larry Rohter, *Bank Holiday And Creditors Add to Crisis In Argentina*, N.Y. Times, Apr. 22, 2002; |
| O | Treasury Dep't, *Annual Report to Congress on Int'l Economic Exchange Rate Policy*, Nov. 1, 1996 to Oct. 31, 1998; |
| P | Fiscal Agency Agreement between the Republic of Argentina and Bankers Trust Company, dated Oct. 19, 1994; |
| Q | John Nugee, *Foreign Exchange Reserves Management*, Handbooks in Central Banking no. 19, Centre for Central Banking Studies, Bank of England, *available at*: http://www.bankofengland.co.uk/education/Pages/ccbs/handbooks/ccbshb19.aspx (excerpts). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2012, in New York, New York.

_____/s/ Carmine Boccuzzi_____
CARMINE D. BOCCUZZI

2