UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
EM LTD. and NML CAPITAL, LTD.,

    Plaintiffs,

v.

BANCO CENTRAL DE LA
REPÚBLICA ARGENTINA and
THE REPUBLIC OF ARGENTINA,

    Defendants.
------------------------------------------------------------ x

No. 06 Civ. 7792 (TPG)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/13

## STIPULATION AND CONSENT ORDER

This Stipulation and Consent Order is entered into by and among EM Ltd. and NML Capital, Ltd. (together, "Plaintiffs"); the Republic of Argentina (the "Republic"); and Banco Central de la República Argentina ("BCRA").

WHEREAS, on July 27, 2012, the Court entered a Stipulation and Consent Order providing that Plaintiffs would file a Third Amended Complaint on consent, or a motion for leave to file an amended complaint, by August 24, 2012; that any motions to dismiss would be filed by October 23, 2012; that any papers in opposition to such motions would be filed by December 24, 2012; and that any reply papers in further support of such motions would be filed by January 23, 2013;

WHEREAS, on August 27, 2012, the Court endorsed a letter extending these deadlines such that Plaintiffs would file a Third Amended Complaint on consent, or a motion for leave to file an amended complaint, by August 31, 2012; that any motions to dismiss would be filed by November 9, 2012; that any papers in opposition to such motions would be filed by January 7,

14801145

2013; and that any reply papers in further support of such motions would be filed by February 8, 2013;

WHEREAS, on August 31, 2012, Plaintiffs filed, on consent, their Third Amended Complaint against BCRA and the Republic in the above-captioned action;

WHEREAS, on November 13, 2012, the Court endorsed a letter modifying the briefing schedule for motions to dismiss to require that all motions to dismiss be filed by November 27, 2012; that all opposition papers be filed by January 23, 2012; and that all reply papers be filed February 25, 2012; and

WHEREAS, on November 27, 2012, BCRA and the Republic each filed motions to dismiss the Third Amended Complaint (the "Motions to Dismiss");

Now, therefore, it is stipulated and agreed by and among Plaintiffs, the Republic, and BCRA, and ORDERED that:

1. All papers in opposition to the Motions to Dismiss shall be filed no later than January 30, 2013; and

2. All reply papers in further support of the Motions to Dismiss shall be filed no later than March 4, 2013.

DECHERT LLP

By: _____
Robert A. Cohen
Dennis H. Hranitzky

1095 Avenue of the Americas
New York, New York 10036
Tel. (212) 698-3500

*Attorneys for
Plaintiff NML Capital, Ltd.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _Carmine D. Boccuzzi /BY_
Carmine D. Boccuzzi, Jr.
Christopher P. Moore

One Liberty Plaza
New York, NY 10006
Tel. (212) 225-2000

*Attorneys for
Defendant the Republic of Argentina*

DEBEVOISE & PLIMPTON LLP

By: _David W. Rivkin /BY_
David W. Rivkin
John B. Missing
Suzanne M. Grosso

919 Third Avenue
New York, New York 10022
Tel. (212) 909-6000

*Attorneys for
Plaintiff EM Ltd.*

SULLIVAN & CROMWELL LLP

By: _Joseph E. Neuhaus /BY_
Joseph E. Neuhaus
Michael J. Ushkow

125 Broad Street
New York, New York 10004
Tel. (212) 558-4000

*Attorneys for
Defendant Banco Central de la República Argentina*

So Ordered:

_____
Hon. Thomas P. Griesa, USDJ

January 25, 2013