|  |
|---|
| N.Y.S.D. Case #s |
| 06-cv-6466(TPG) |
| 05-cv-2434(TPG) |
| 03-cv-2507(TPG) |
| 03-cv-8845(TPG) |
| 06-cv-7792(TPG) |

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand thirteen.

Before: José A. Cabranes,
Chester J. Straub,
*Circuit Judges.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 24, 2013

NML Capital, Ltd., EM Ltd.,

    Plaintiffs - Appellees,

v.

Banco Central de la Republica Argentina,

    Interested Party-Appellant,

The Republic of Argentina,

    Defendant-Appellant.

STATEMENT OF COSTS
Docket No.  10-1487 (L)
              10-1488 (Con.)
              10-1493 (Con.)
              10-1507 (Con.)
              10-1510 (Con.)
              10-1524 (Con.)
              10-1529 (Con.)
              10-1545 (Con.)
              10-1603 (Con.)
              10-1629 (Con.)

IT IS HEREBY ORDERED that costs are taxed in the amount of $17, 879.04 in favor of Appellant Banco Central de la Republica Argentina.

**DOCKETED AS
A JUDGMENT
ON** #13, 0126
1/24/13

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*[signature: Catherine O'Hagan Wolfe]*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
*[signature]*
CERTIFIED COPY ISSUED ON 01/24/2013