UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/2013
```

------------------------------------------------x
                                 :

EM LTD. and NML CAPITAL, LTD.,     :

                     Plaintiffs,     :      06 Civ. 7792 (TPG)

                                 :

        – against –         :       **ORDER**

                                 :

BANCO CENTRAL DE LA REPÚBLICA   :
ARGENTINA and THE REPUBLIC OF     :
ARGENTINA.                        :

                                 :

                 Defendants.    :

------------------------------------------------x

      Plaintiffs EM Ltd. and NML Capital, Ltd. bring this action for a declaratory judgment against defendants Banco Central de la República Argentina ("BCRA") and the Republic of Argentina (the "Republic") and for money damages against BCRA, as an alter ego of the Republic. The Republic and BCRA filed separate motions to dismiss the plaintiffs' third amended complaint.

      For the reasons stated by the court at oral argument on September 25, 2013, defendants' motions to dismiss are denied.

      This order resolves the motions located at Doc. Nos. 168 and 174.

      SO ORDERED.

Dated:  New York, New York
        September 26, 2013

                                       _____
                                       Thomas P. Griesa
                                       U.S. District Judge