UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
EM LTD. and NML CAPITAL, LTD.,                           :
                                                         :
                              Plaintiffs,                :   No. 06 Civ. 7792 (TPG)
                                                         :
        - against -                                      :   ECF Case
                                                         :
BANCO CENTRAL DE LA REPÚBLICA                            :
ARGENTINA and THE REPUBLIC OF ARGENTINA, :   **NOTICE OF APPEAL**
                                                         :
                                                         :
                              Defendants.                :
------------------------------------------------------------------- x

       Notice is hereby given that Banco Central de la República Argentina ("BCRA"), a defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the order of the United States District Court for the Southern District of New York (Griesa, J.) entered on September 26, 2013, and the underlying bench ruling made on the record on September 25, 2013.

Dated:   New York, New York
         October 2, 2013

                                          /s/  Joseph E. Neuhaus
                                          Joseph E. Neuhaus
                                          Michael J. Ushkow
                                          Taly Dvorkis
                                          Zeh S. Ekono
                                          SULLIVAN & CROMWELL LLP
                                          125 Broad Street
                                          New York, New York  10004-2498
                                          Tel.:  (212) 558-4000

                                          *Counsel for Banco Central de la*
                                              *República Argentina*