# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax  212 909 6836
www.debevoise.com

BY ECF & HAND DELIVERY

November 15, 2013

The Honorable Thomas P. Griesa
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY  10007-1312

## Withdrawal of Suzanne M. Grosso

Dear Judge Griesa:

Today is my last day of employment with Debevoise & Plimpton LLP, which firm represents plaintiff EM Ltd. in certain pending Argentine bondholder cases. Accordingly, I would like to withdraw as counsel for EM Ltd. in the following actions for which I am listed as a counsel of record:

- *EM Ltd. v. Republic of Argentina*, No. 03 Civ. 2507 (TPG)

- *EM Ltd. and NML Capital, Ltd. v. Banco Central de la Republica Argentina and Republic of Argentina*, No. 06 Civ. 7792 (TPG)

I respectfully request that you signify your approval of my withdrawal by endorsing this letter so that the Court Clerk's Office may modify and update its records.

Please note that other Debevoise & Plimpton LLP attorneys are identified as counsel of record and continue to represent said plaintiff.

Thank you very much for your assistance.

Sincerely,

*Suzanne M. Grosso*

Suzanne M. Grosso

24007964v01