

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

November 18, 2015

Honorable Thomas P. Griesa
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*Re: EM Ltd. and NML Capital v. Banco Central de la Republica Argentina and The Republic of Argentina, 06 Civ. 7792 (TPG)*

**Withdrawal of Attorney**

Dear Judge Griesa:

Please be advised that, I am retiring as a partner from Debevoise & Plimpton LLP, the attorneys for EM Ltd. in the above-captioned matter. Other Debevoise attorneys have appeared and will continue to represent the plaintiff.

I hereby respectfully request the Court's permission to have my name removed from the Court's docket and electronic mailing distribution list. I would be most grateful if Your Honor would approve of my withdrawal by having this letter memo endorsed so that the clerk may modify and update the Court's records accordingly.

Thank you for your attention to this request.

Respectfully submitted,

_____/s/ John B. Missing_____
John B. Missing

SO ORDERED:

_____
　　　　USDJ

www.debevoise.com